Form 213

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Joseph Stephen Kubacka**
Debtor(s)

Bankruptcy Case No.: 18−21038−GLT
Related to Docket No. 134
Chapter: 13
Docket No.: 135 − 134
Concil. Conf.: August 19, 2021 at 09:00 AM

## ORDER

**WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

**IT IS HEREBY ORDERED** that, on or before **July 22, 2021,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

**IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

On or before **August 6, 2021,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

On **August 19, 2021** at **09:00 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at remotely by the Trustee via Zoom, how to participate:goto www.ch13pitt.com, meetings@chapter13trusteewdpa.com.

If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: June 7, 2021

cm: All Creditors and Parties In Interest

Gregory L. Taddonio, Judge
United States Bankruptcy Court

## INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

>Ronda J. Winnecour, Trustee
>P.O. Box 84051
>Chicago, IL 60689−4002

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                           Case No. 18-21038-GLT

Joseph Stephen Kubacka                                                               Chapter 13

       Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                                            User: dbas                                            Page 1 of 3

Date Rcvd: Jun 07, 2021                                     Form ID: 213                                    Total Noticed: 33

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 09, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Joseph Stephen Kubacka, 601 Brittany Court, Irwin, PA 15642-8739 |
| 14794502 | + | Apria Healthcare, 4642 West 12th Street, # 3, Erie, PA 16505-3008 |
| 14794503 | + | CACH LLC its successors and assignee of, Lending Club Corporation, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14852542 | | CACH, LLC its successors and assigns as assignee, of LendingClub Corporation, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14794506 | + | Capital One NA / Kohls, c/o Becket and Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |
| 14819078 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14794508 | + | Dr. Sukhdev Singh Grover Md, 4815 Liberty Avenue, Suite GR31, Pittsburgh, PA 15224-2156 |
| 14811081 | + | ECMC, PO BOX 16408, ST PAUL, MN 55116-0408 |
| 14794509 | + | IC Systems, Inc, 444 Highway 96 East, St Paul, MN 55127-2557 |
| 14794511 | + | Irwin Family Care, 905 Spruce Street, Suite 201, Irwin, PA 15642-3683 |
| 14800516 | + | McCabe Weisberg & Conway LLC, 123 South Broad Street, Suite 1400, Philadelphia PA 19109-1060 |
| 14794515 | + | Norwin School District, c/o Maiello Brungo & Maiello LLP, 100 Purity Road, Suite 3, Pittsburgh, PA 15235-4441 |
| 14794516 | + | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 14831640 | | Wells Fargo Bank N.A., d/b/a Wells Fargo Dealer Se, P.O. Box 19657, Irvine, CA 92623-9657 |
| 14794522 | + | Wells Fargo Bank NA, Bobs Discount Furniture, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14794521 | + | Wells Fargo Bank NA, PO Box 19657, Irvine, CA 92623-9657 |
| 14829632 | | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Jun 08 2021 00:36:18 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14794504 | + | Email/Text: cms-bk@cms-collect.com | Jun 08 2021 01:37:00 | Capital Management Services LP, 698 1/2 South Ogden Street, Buffalo, NY 14206-2317 |
| 14794505 | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Jun 08 2021 00:39:06 | Capital One Auto Finance, c/o Ascension Capital, PO Box 201347, Arlington, TX 76006-1347 |
| 14814508 | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Jun 08 2021 00:36:18 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 14794507 | + | Email/Text: ccusa@ccuhome.com | Jun 08 2021 01:37:00 | Credit Collection USA, 16 Distributor Drive, Suite 1, Morgantown, WV 26501-7209 |
| 14794510 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 08 2021 01:37:00 | Internal Revenue Service, Insolvency Unit, PO Box 628, Pittsburgh, PA 15230 |
| 14794513 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jun 08 2021 00:39:08 | LVNV Funding LLC, assignee of GE Money Bank, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14853087 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 08 2021 00:39:08 | LVNV Funding, LLC its successors and assigns as, assignee of GE Money Bank, Resurgent Capital |

| Recip ID | | Notice Type | Date/Time | Address |
|---|---|---|---|---|
| | | | | Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14794512 | + | Email/Text: cashiering-administrationservices@flagstar.com Jun 08 2021 01:38:00 | | Lakeview Loan Servicing LLC, c/o Flagstar Bank FSB, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 14794514 | + | Email/PDF: pa_dc_claims@navient.com Jun 08 2021 00:36:18 | | Navient Solutions LLC, Department of Education Loan Services, PO Box 9635, Wilkes Barr, PA 18773-9635 |
| 14817319 | | Email/PDF: pa_dc_claims@navient.com Jun 08 2021 00:39:06 | | Navient Solutions, LLC on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 14794517 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 08 2021 00:39:06 | | Portfolio Recovery Associates LLC, 150 Corporate Blvd, Norfolk, VA 23502 |
| 14794518 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 08 2021 00:36:18 | | Portfolio Recovery Associates LLC, PO Box 12914, Norfolk, VA 23541 |
| 14803766 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us Jun 08 2021 01:38:00 | | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 14794520 | | Email/Text: amieg@stcol.com Jun 08 2021 01:37:00 | | State Collection Service, Po Box 6250, Madison, WI 53716 |
| 14794519 | + | Email/PDF: Citi.BNC.Correspondence@citi.com Jun 08 2021 00:39:09 | | Sears / Cbna, Po Box 6189, Sioux Falls, SD 57117-6189 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | LakeView Loan Servicing, LLC |
| cr | | Lakeview Loan Servicing, LLC |
| cr | *+ | Norwin School District, c/o Maiello Brungo & Maiello, LLP, 100 Purity Road, Suite 3, Pittsburgh, PA 15235-4441 |
| 14854685 | *+ | Lakeview Loan Servicing, LLC, c/o Flagstar Bank, FSB, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 14798621 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |

TOTAL: 2 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 09, 2021         Signature:         /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 7, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alexandra Teresa Garcia | on behalf of Creditor Lakeview Loan Servicing LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: dbas | Page 3 of 3 |
| Date Rcvd: Jun 07, 2021 | Form ID: 213 | Total Noticed: 33 |

Daniel P. Foster
    on behalf of Debtor Joseph Stephen Kubacka dan@mrdebtbuster.com
    katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com

Jennifer L. Cerce
    on behalf of Creditor Norwin School District jlc@mbm-law.net

Lauren Moyer
    on behalf of Creditor LakeView Loan Servicing  LLC ecfmail@ecf.courtdrive.com

Lauren Moyer
    on behalf of Creditor Lakeview Loan Servicing  LLC ecfmail@ecf.courtdrive.com

Maria Miksich
    on behalf of Creditor Lakeview Loan Servicing  LLC mmiksich@kmllawgroup.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 8