Form 309

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Joseph Stephen Kubacka** | : | Case No. 18−21038−GLT |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| | : | |
| | : | Related to Docket No. 134 |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

*AND NOW,* this ***The 29th of July, 2021,*** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1) The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

(2) Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3) The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4) The Clerk shall give notice to all creditors of this dismissal.

Gregory L. Taddonio, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-21038-GLT |
| Joseph Stephen Kubacka | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: dbas | Page 1 of 3 |
| Date Rcvd: Jul 29, 2021 | Form ID: 309 | Total Noticed: 33 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++         Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 31, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Joseph Stephen Kubacka, 601 Brittany Court, Irwin, PA 15642-8739 |
| 14794502 | + | Apria Healthcare, 4642 West 12th Street, # 3, Erie, PA 16505-3008 |
| 14794503 | + | CACH LLC its successors and assignee of, Lending Club Corporation, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14852542 | | CACH, LLC its successors and assigns as assignee, of LendingClub Corporation, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14794508 | + | Dr. Sukhdev Singh Grover Md, 4815 Liberty Avenue, Suite GR31, Pittsburgh, PA 15224-2156 |
| 14794511 | + | Irwin Family Care, 905 Spruce Street, Suite 201, Irwin, PA 15642-3683 |
| 14800516 | + | McCabe Weisberg & Conway LLC, 123 South Broad Street, Suite 1400, Philadelphia PA 19109-1060 |
| 14794515 | + | Norwin School District, c/o Maiello Brungo & Maiello LLP, 100 Purity Road, Suite 3, Pittsburgh, PA 15235-4441 |
| 14794516 | + | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: AISACG.COM | Jul 30 2021 03:18:00 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14794504 | + | Email/Text: cms-bk@cms-collect.com | Jul 29 2021 23:15:00 | Capital Management Services LP, 698 1/2 South Ogden Street, Buffalo, NY 14206-2317 |
| 14794505 | + | EDI: AISACG.COM | Jul 30 2021 03:18:00 | Capital One Auto Finance, c/o Ascension Capital, PO Box 201347, Arlington, TX 76006-1347 |
| 14814508 | + | EDI: AISACG.COM | Jul 30 2021 03:18:00 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 14794506 | + | EDI: BL-BECKET.COM | Jul 30 2021 03:18:00 | Capital One NA / Kohls, c/o Becket and Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |
| 14819078 | | EDI: BL-BECKET.COM | Jul 30 2021 03:18:00 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14794507 | + | EDI: CCUSA.COM | Jul 30 2021 03:18:00 | Credit Collection USA, 16 Distributor Drive, Suite 1, Morgantown, WV 26501-7209 |
| 14811081 | + | EDI: ECMC.COM | Jul 30 2021 03:18:00 | ECMC, PO BOX 16408, ST PAUL, MN 55116-0408 |
| 14794509 | + | EDI: IIC9.COM | Jul 30 2021 03:18:00 | IC Systems, Inc, 444 Highway 96 East, St Paul, MN 55127-2557 |
| 14794510 | | EDI: IRS.COM | Jul 30 2021 03:18:00 | Internal Revenue Service, Insolvency Unit, PO Box 628, Pittsburgh, PA 15230 |
| 14794513 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 29 2021 23:28:53 | LVNV Funding LLC, assignee of GE Money Bank, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14853087 | | Email/PDF: resurgentbknotifications@resurgent.com | | |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Jul 29 2021 23:28:53 | LVNV Funding, LLC its successors and assigns as, assignee of GE Money Bank, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14794512 | + | Email/Text: cashiering-administrationservices@flagstar.com | Jul 29 2021 23:15:00 | Lakeview Loan Servicing LLC, c/o Flagstar Bank FSB, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 14794514 | + | EDI: NAVIENTFKASMSERV.COM | Jul 30 2021 03:18:00 | Navient Solutions LLC, Department of Education Loan Services, PO Box 9635, Wilkes Barr, PA 18773-9635 |
| 14817319 | | EDI: NAVIENTFKASMSERV.COM | Jul 30 2021 03:18:00 | Navient Solutions, LLC on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 14794517 | | EDI: PRA.COM | Jul 30 2021 03:18:00 | Portfolio Recovery Associates LLC, 150 Corporate Blvd, Norfolk, VA 23502 |
| 14794518 | | EDI: PRA.COM | Jul 30 2021 03:18:00 | Portfolio Recovery Associates LLC, PO Box 12914, Norfolk, VA 23541 |
| 14803766 | + | EDI: PENNDEPTREV | Jul 30 2021 03:18:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 14803766 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 29 2021 23:15:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 14794520 | | Email/Text: amieg@stcol.com | Jul 29 2021 23:15:00 | State Collection Service, Po Box 6250, Madison, WI 53716 |
| 14794519 | + | EDI: CITICORP.COM | Jul 30 2021 03:18:00 | Sears / Cbna, Po Box 6189, Sioux Falls, SD 57117-6189 |
| 14831640 | | EDI: WFFC.COM | Jul 30 2021 03:18:00 | Wells Fargo Bank N.A., d/b/a Wells Fargo Dealer Se, P.O. Box 19657, Irvine, CA 92623-9657 |
| 14794522 | + | EDI: WFFC.COM | Jul 30 2021 03:18:00 | Wells Fargo Bank NA, Bobs Discount Furniture, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14794521 | + | EDI: WFFC.COM | Jul 30 2021 03:18:00 | Wells Fargo Bank NA, PO Box 19657, Irvine, CA 92623-9657 |
| 14829632 | | EDI: WFFC.COM | Jul 30 2021 03:18:00 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | LakeView Loan Servicing, LLC |
| cr | | Lakeview Loan Servicing, LLC |
| cr | *+ | Norwin School District, c/o Maiello Brungo & Maiello, LLP, 100 Purity Road, Suite 3, Pittsburgh, PA 15235-4441 |
| 14854685 | *+ | Lakeview Loan Servicing, LLC, c/o Flagstar Bank, FSB, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 14798621 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |

TOTAL: 2 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| | | |
|---|---|---|
| District/off: 0315-2 | User: dbas | Page 3 of 3 |
| Date Rcvd: Jul 29, 2021 | Form ID: 309 | Total Noticed: 33 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 31, 2021              Signature:       /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 29, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alexandra Teresa Garcia | on behalf of Creditor Lakeview Loan Servicing  LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| Daniel P. Foster | on behalf of Debtor Joseph Stephen Kubacka dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Jennifer L. Cerce | on behalf of Creditor Norwin School District jlc@mbm-law.net |
| Lauren Moyer | on behalf of Creditor LakeView Loan Servicing  LLC ecfmail@ecf.courtdrive.com |
| Lauren Moyer | on behalf of Creditor Lakeview Loan Servicing  LLC ecfmail@ecf.courtdrive.com |
| Maria Miksich | on behalf of Creditor Lakeview Loan Servicing  LLC mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 8