**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>JOSEPH STEPHEN KUBACKA<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Respondents. | Case No.:18-21038 GLT<br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 03/19/2018 and confirmed on 06/29/2018 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 71,403.39 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 71,403.39 |
| | | |
| Administrative Fees | | |
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 4,580.00 | |
| Trustee Fee | 3,792.73 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 8,372.73 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| LAKEVIEW LOAN SERVICING LLC<br>Acct: 0207 | 0.00 | 0.00 | 0.00 | 0.00 |
| LAKEVIEW LOAN SERVICING LLC<br>Acct: 0207 | 17,061.93 | 17,061.93 | 0.00 | 17,061.93 |
| LAKEVIEW LOAN SERVICING LLC<br>Acct: 0207 | 0.00 | 30,596.70 | 0.00 | 30,596.70 |
| LAKEVIEW LOAN SERVICING LLC<br>Acct: 0207 | 0.00 | 0.00 | 0.00 | 0.00 |
| WELLS FARGO BANK NA<br>Acct: 6901 | 0.00 | 0.00 | 0.00 | 0.00 |
| CAPITAL ONE AUTO FINANCE - DIV CAPITA<br>Acct: 6971 | 2,611.74 | 2,611.74 | 640.79 | 3,252.53 |
| WELLS FARGO BANK NA D/B/A WELLS FA<br>Acct: 1173 | 11,875.00 | 10,809.91 | 1,309.59 | 12,119.50 |
| | | | | 63,030.66 |
| **Priority** | | | | |
| DANIEL P FOSTER ESQ**<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |

| 18-21038 GLT | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | | Page 2 of 3 |
|---|---|---|---|---|---|
| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Priority | | | | | |
| | JOSEPH STEPHEN KUBACKA | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | FOSTER LAW OFFICES** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | DANIEL P FOSTER ESQ** | 3,580.00 | 3,580.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | DANIEL P FOSTER ESQ** | 1,000.00 | 1,000.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | NORWIN SD (IRWIN) (EIT)** | 4,442.29 | 0.00 | 0.00 | 0.00 |
| | Acct: 9740 | | | | |
| | INTERNAL REVENUE SERVICE* | 11,179.06 | 0.00 | 0.00 | 0.00 |
| | Acct: 9740 | | | | |
| | PA DEPARTMENT OF REVENUE* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9740 | | | | |
| | | ***NONE*** | | | |
| Unsecured | | | | | |
| | CACH LLC-ASSIGNEE | 10,458.07 | 0.00 | 0.00 | 0.00 |
| | Acct: 4791 | | | | |
| | CAPITAL ONE NA** | 720.53 | 0.00 | 0.00 | 0.00 |
| | Acct: 4992 | | | | |
| | CREDIT COLLECTIONS USA | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0701 | | | | |
| | IC SYSTEM INC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1354 | | | | |
| | LVNV FUNDING LLC, ASSIGNEE | 1,902.37 | 0.00 | 0.00 | 0.00 |
| | Acct: 6985 | | | | |
| | NAVIENT SOLUTIONS LLC O/B/O THE DEP/ | 11,569.04 | 0.00 | 0.00 | 0.00 |
| | Acct: 9740 | | | | |
| | PNC BANK | 875.22 | 0.00 | 0.00 | 0.00 |
| | Acct: 9740 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES, LL( | 3,367.49 | 0.00 | 0.00 | 0.00 |
| | Acct: 7577 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES, LL( | 1,601.88 | 0.00 | 0.00 | 0.00 |
| | Acct: 7629 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES, LL( | 2,928.64 | 0.00 | 0.00 | 0.00 |
| | Acct: 2274 | | | | |
| | STATE COLLECTION SERVICE INC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 7838 | | | | |
| | INTERNAL REVENUE SERVICE* | 723.73 | 0.00 | 0.00 | 0.00 |
| | Acct: 9740 | | | | |
| | PA DEPARTMENT OF REVENUE* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9740 | | | | |
| | WELLS FARGO BANK NA | 1,703.65 | 0.00 | 0.00 | 0.00 |
| | Acct: 6901 | | | | |
| | WELLS FARGO BANK NA D/B/A WELLS F/ | 4,482.64 | 0.00 | 0.00 | 0.00 |
| | Acct: 1173 | | | | |
| | AIS PORTFOLIO SERVICES (AMERICAN IN | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | JENNIFER L CERCE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | LAUREN M MOYER ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | APRIA HEALTH CARE | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | CAPITAL MANAGEMENT SVCS++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |

| 18-21038 GLT | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | | Page 3 of 3 |
|---|---|---|---|---|---|
| Creditor Type    Creditor Name | | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | | |
|     SUKHDEV S GROVER MD ASSOCIATES DI | | 0.00 | 0.00 | 0.00 | 0.00 |
|         Acct: | | | | | |
|     IRWIN FAMILY CARE | | 0.00 | 0.00 | 0.00 | 0.00 |
|         Acct: | | | | | |

* * * N O N E * * *

| | | | |
|---|---|---|---|
| TOTAL PAID TO CREDITORS | | | 63,030.66 |
| TOTAL CLAIMED | | | |
| PRIORITY | 15,621.35 | | |
| SECURED | 31,548.67 | | |
| UNSECURED | 40.333.26 | | |

Date: 09/29/2021

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com